Argued November 11, 1971. *Carl Krasik*, with him *Thomas Todd*, and *Reed, Smith, Shaw & Mc-Clay*, for appellant; *J. Kent Culley*, Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Jones, Appellant.

Submitted November 8, 1971. *Sallie Ann Radick* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jones, Appellant.

Submitted November 8, 1971. *J. Graham Sale, Jr.* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W.*

*Duggan*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended postconviction petition.

## Commonwealth *v.* Kennedy, Appellant.

Submitted November 8, 1971. *Sallie Ann Radick* and *John J. Dean*, Assistant Public Defenders, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Compbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* King, Appellant.

Argued November 9, 1971. *Sallie Ann Radick*, Assistant Public Defender, with her *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *John E. Nickoloff*, Assistant District Attorney, with him *Carol Mary Los* and *Robert L. Campbell*, Assistant Dis-